United States District Court
Southern District of Texas
**ENTERED**
January 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NEW CIVIL LIBERTIES ALLIANCE, *et al.*, § § § § § § § § § § § | | |
| Plaintiffs, | § | |
| VS. | § | 3:23-cv-402 |
| U.S. SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Defendant. | § | |

## PARTIAL FINAL JUDGMENT

Pursuant to the court's memorandum opinion entered in this case, Dkt. 16, it is ordered that the plaintiffs' expedited-processing claim brought against the U.S. Securities and Exchange Commission is dismissed with prejudice.

**THIS IS A PARTIAL FINAL JUDGMENT.**

The clerk will provide copies of this partial final judgment to the parties.

Signed on Galveston Island this 2nd day of January, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE