**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| NEW CIVIL LIBERTIES ALLIANCE, INVESTOR CHOICE ADVOCATES NETWORK, PATRIOT 28 LLC, and GEORGE R. JARKESY, JR., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | No.: 3:23-cv-00402 |

**JOINT STATUS REPORT**

Pursuant to the Court's October 15, 2024 Order in *NCLA et al. v. SEC* (S.D. Tex. 3:24-cv-0042), Plaintiffs New Civil Liberties Alliance, Investor Choice Advocates Network, Patriot 28 LLC, and George Jarkesy, Jr. ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), by and through their undersigned attorneys, hereby submit this joint status report ("JSR").

1.      On November 8, 2023, the SEC's Office of FOIA Services ("FOIA Office") received Plaintiffs' nine-part FOIA request seeking records about "the facts and circumstances surrounding the 'control deficiency' relating to the SEC's system for administrative adjudications."

2.      As of September 30, 2025, the SEC had issued final responses to the nine subparts of Plaintiffs' FOIA request.

3.      On February 19, 2026, the SEC provided Plaintiffs with *Vaughn* Indices supporting the SEC's withholdings from records released in response to Plaintiffs' FOIA request.  The SEC also re-released to Plaintiffs 28 pages of records in response to the FOIA request with additional information unredacted.

4.      On March 27, 2026, this Court entered an order memorializing the parties' proposed summary judgment briefing schedule.  Dkt. No. 46.  Pursuant to that order, the SEC will file its motion for summary judgment on or before May 15, 2026.

Dated:  May 7, 2026

Respectfully submitted,

*/s/ Nathaniel M. Lindzen*
NATHANIEL M. LINDZEN
MA Bar No. 689999
S.D. Tex. ID No. 3867176
Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778
Phone: (212) 810-7627
Email: nlindzen@corpfraudlaw.com

*Counsel for Plaintiffs New Civil Liberties Alliance, Investor Choice Advocates Network, Patriot 28 LLC, and George Jarkesy, Jr.*

*/s/ Alexandra Verdi*
ALEXANDRA VERDI
NY Reg. No. 5480934
S.D. Tex. No. 3821611
Office of the General Counsel
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (202) 551-5057
Fax: (617) 573-4590
verdim@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*